B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Clintex Laboratories, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3124623** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**140 W. 162nd St.**<br>**Chicago, IL**<br>ZIP Code **60621** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7         ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>■ Chapter 11     ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."         ■ Debts are primarily business debts. |
|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)                                                                                          Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Clintex Laboratories, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Clintex Laboratories, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Richard N. Golding**_____
Signature of Attorney for Debtor(s)

**Richard N. Golding 0992100**
Printed Name of Attorney for Debtor(s)

**Law Offices of Richard N. Golding, PC**
Firm Name

**500 North Dearborn Street**
**Second Floor**
**Chicago, IL 60610-4900**

Address

**Email: RGOLDING@GOLDINGLAW.NET**
**(312) 832-7885  Fax: (312) 755-5720**
Telephone Number

**September 16, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Stephen G. Luster**_____
Signature of Authorized Individual

**Stephen G. Luster**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 16, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Clintex Laboratories, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| BASCO USA<br>P. O. BOX 92170<br>ELK GROVE, IL 60009 | BASCO USA<br>P. O. BOX 92170<br>ELK GROVE, IL 60009 | Business Debt | | 3,800.88 |
| ComEd<br>Bankruptcy Dept.<br>P.O. Box 87522<br>Chicago, IL 60680 | ComEd<br>Bankruptcy Dept.<br>P.O. Box 87522<br>Chicago, IL 60680 | utility | | 1,676.48 |
| DECORATIVE CONTAINER<br>2121 SOUTH RACINE<br>CHICAGO, IL 60608 | DECORATIVE CONTAINER<br>2121 SOUTH RACINE<br>CHICAGO, IL 60608 | Business Debt | | 2,656.40 |
| EMCO CHEMICALS<br>P.O. BOX 97743<br>CHICAGO, IL 60678-7743 | EMCO CHEMICALS<br>P.O. BOX 97743<br>CHICAGO, IL 60678-7743 | Business Debt | | 5,938.14 |
| FINANCIAL PACIFIC LEASING<br>LEASING DEPARTMENT 1<br>P. O. BOX 34935<br>SEATTLE, WA 98124-1935 | FINANCIAL PACIFIC LEASING<br>LEASING DEPARTMENT 1<br>P. O. BOX 34935<br>SEATTLE, WA 98124-1935 | Equipment Lease | | 2,544.21<br><br>(0.00 secured) |
| HOLLAND APPLIED<br>TECHNOLOGIES<br>7050 HIGH GROVE BLVD<br>BURR RIDGE, IL 60527 | HOLLAND APPLIED TECHNOLOGIES<br>7050 HIGH GROVE BLVD<br>BURR RIDGE, IL 60527 | Business Debt | | 26,695.00 |
| HOME DEPOT DEPT.<br>HOME DEPOT CREDIT<br>SERVICES<br>PO BOX 6029<br>THE LAKES, NV 88901 | HOME DEPOT DEPT.<br>HOME DEPOT CREDIT SERVICES<br>PO BOX 6029<br>THE LAKES, NV 88901 | Business Debt | | 4,181.49 |
| Insurance Support Systems<br>333 N. Michigan Ave. Suite 901<br>CHICAGO, IL 60601 | Insurance Support Systems<br>333 N. Michigan Ave. Suite 901<br>CHICAGO, IL 60601 | Business Debt | | 2,711.00 |
| KRAFT CHEMICALS<br>1975 NO. HAWTHORNE AVE.<br>MELROSE PARK, IL 60160 | KRAFT CHEMICALS<br>1975 NO. HAWTHORNE AVE.<br>MELROSE PARK, IL 60160 | Business Debt | | 3,800.50 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Clintex Laboratories, Inc.**                                    Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **MCINTYRE GROUP LTD.**<br>**RHODIA GROUP COMPANY**<br>**P. O. BOX 512682**<br>**PHILADELPHIA, PA 19175-2682** | **MCINTYRE GROUP LTD.**<br>**RHODIA GROUP COMPANY**<br>**P. O. BOX 512682**<br>**PHILADELPHIA, PA 19175-2682** | **Business Debt** | | **2,318.00** |
| **OLCOTT PLASTICS**<br>**P. O. BOX 6042**<br>**ST. CHARLES, IL 60174** | **OLCOTT PLASTICS**<br>**P. O. BOX 6042**<br>**ST. CHARLES, IL 60174** | **Business Debt** | | **1,645.29** |
| **PRICE TECH GROUP**<br>**24229 SOUTH TRYON STREET**<br>**CHANNAHON, IL 60410-9326** | **PRICE TECH GROUP**<br>**24229 SOUTH TRYON STREET**<br>**CHANNAHON, IL 60410-9326** | **Business Debt** | | **46,034.72** |
| **QUIMEX, INC.**<br>**14702 S. HAMLIN**<br>**MIDLOTHIAN, IL 60445** | **QUIMEX, INC.**<br>**14702 S. HAMLIN**<br>**MIDLOTHIAN, IL 60445** | **Business Debt** | | **2,646.00** |
| **R&L Carriers**<br>**P. O. BOX 713153**<br>**COLUMBUS, OH 43271-3153** | **R&L Carriers**<br>**P. O. BOX 713153**<br>**COLUMBUS, OH 43271-3153** | **Business Debt** | | **3,343.49** |
| **RITA CORPORATION**<br>**850 SO. ROUTE 31**<br>**CRYSTAL LAKE, IL 60014** | **RITA CORPORATION**<br>**850 SO. ROUTE 31**<br>**CRYSTAL LAKE, IL 60014** | **Business Debt** | | **3,771.63** |
| **Stephen & Josie Luster**<br>**90 Denell Ct.**<br>**Crete, IL 60417** | **Stephen & Josie Luster**<br>**90 Denell Ct.**<br>**Crete, IL 60417** | **unsecured note** | | **141,415.00** |
| **SUPERFOS PACKAGING**<br>**ALLEGANY COUNTY INDUST. PARK**<br>**11301 SUPERFOS DRIVE S.E.**<br>**CUMBERLAND, MD 21502** | **SUPERFOS PACKAGING**<br>**ALLEGANY COUNTY INDUST. PARK**<br>**11301 SUPERFOS DRIVE S.E.**<br>**CUMBERLAND, MD 21502** | **Business Debt** | | **7,314.57** |
| **TELEGRATION, INC.**<br>**P. O. BOX 3010**<br>**BIRMINGHAM, MI 48012-3010** | **TELEGRATION, INC.**<br>**P. O. BOX 3010**<br>**BIRMINGHAM, MI 48012-3010** | **Business Debt** | | **2,722.45** |
| **TLC INGREDIENTS**<br>**16901 ADVANTAGE AVE.**<br>**CREST HILL, IL 60403** | **TLC INGREDIENTS**<br>**16901 ADVANTAGE AVE.**<br>**CREST HILL, IL 60403** | **Business Debt** | | **4,064.90** |
| **U. S. LIFT & WAREHOUSE EQUIP.**<br>**P.O. BOX 91976**<br>**ELK GROVE VILLAGE, IL 60009** | **U. S. LIFT & WAREHOUSE EQUIP.**<br>**P.O. BOX 91976**<br>**ELK GROVE VILLAGE, IL 60009** | **Equipment Lease** | | **3,599.75** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Clintex Laboratories, Inc.**                                    Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 16, 2009**                    Signature   **/s/ Stephen G. Luster**
                                                                          **Stephen G. Luster**
                                                                          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

A & T TRUCKING COMPANY
2920 S. 19th Ave
Broadview, IL 60155


AAA COOPER TRANSPORTATION
P.O. BOX 102442
Atlanta, GA 30368-2442


ABACUS SCALE
1640 W. PERSHING
CHICAGO, IL 60609


ACE HOSE AND RUBBER COMPANY
1333 SOUTH JEFFERSON ST.
CHICAGO, IL 60607


ACID PRODUCTS CO. INC.
600 W. 41ST STREET
CHICAGO, IL 60609


ACTION BAG
1001 ENTRY DRIVE
BENSENVILLE, IL 60106


ADP INC.
209 WEST JACKSON
CHICAGO, IL 60606


AEC, INC.
1100 EAST WOODFIELD ROAD SUITE 588
SCHAUMBURG, IL 60173


AGILEX FLAVORS & FRAGRANCES
1432 PAYSPHERE CIRCLE
CHICAGO, IL 60674


AIRGAS SAFETY
P. O BOX 951884
DALLAS, TX 75395-1884


Akzo Nobel Personal Care
10 Findere Avenue
Bridgewater, NJ 08807

ALCOHOL TAXES A. T. F.
550 MAIN STREET SUITE 8002
CINCINNATI, OH 45202-5215


ALL ELECTRIC MOTOR REPAIR
6726 SOUTH ASHLAND AVENUE
CHICAGO, IL 60636


ALL-TYPES ELEVATORS, INC.
11105 S. NASHVILLE, UNIT B
WORTH, IL 60482


ALLIED WASTE SERVICES #710
P.O. BOX 9001154
LOUISVILLE, KY 40290-1154


AM. HEALTH & BEAUTY AIDS INST.
PROUD LADY BEAUTY SHOW
P.O. BOX 19510
CHICAGO, IL 60619


Amcore Bank, N.A.
900 W. MAIN STREET, STE. 100
Lake Zurich, IL 60047


AMERCHOL CORPORATION
4191 COLLECTIONS CENTER DR
CHICAGO, IL 60693


AMERICAN EXP MERCHANT
P.O. BOX 53852
PHOENIX, AZ 85072-3852


American Express
Credit Dept.
P.O. Box 981540
El Paso, TX 79998-1540


ANGUS CHEMICAL
91053 COLLECTION CENTRAL DRIVE
CHICAGO, IL 60693


APEX PACKAGING
P. O. BOX 527
OLD BETHPAGE, NY 11804-0527

APV AMERICAS
P. O. BOX #70380
CHICAGO, IL 60673-0380


ARCH CHEMICALS
P. O. Box 640060
PITTSBURGH, PA 15264-0060


ASHLAND CHEMICALS
16397 Collections Center Drive
CHICAGO, IL 60693-6397


ASHLAND CONTAINER
475 EAST JOE ORR ROAD
CHICAGO HEIGHTS, IL 60411


AT&T
Attn: Bankruptcy Dept.
5407 Andrews Highway
Midland, TX 79706


AVATAR CORPORATION
6479 RELIABLE PARKWAY
CHICAGO, IL 60686-0064


B & S PALLET
550 WEST ROOT STREET
CHICAGO, IL 60609


BAR CODE INTEGRATORS
11 NORTH SKOKIE HIGHWAY
SUITE 205
LAKE BLUFF, IL 60044


BASCO USA
P. O. BOX 92170
ELK GROVE, IL 60009


BELLE AIR FRAGRANCES, INC
1600 BASKIN ROAD
MUNDELEIN, IL 60060


BELOW ZERO DESIGN
122 E. SIBLEY AVE.
DOLTON, IL 60419

```
BERJE
5 LAWRENCE ST.
BLOOMFIELD, NJ 07003


BRENNTAG GREAT LAKES
52200 EAGLE WAY
CHICAGO, IL 60678-1522


BRENNTAG GREAT LAKES, LLC
LOCK BOX 790282
ST. LOUIS, MO 63179-0282


CALCO
960 MUIRFIELD DR.
HANOVER PARK, IL 60103-5457


CAVALIER TELEPHONE
P.O. BOX 9001111
LOUISVILLE, KY 40290-1111


CHEMPOINT
13727 COLLECTION DRIVE
CHICAGO, IL 60693


CHICAGO OFFICE TECHNOLOGY GROUP
P. O. BOX 5940
LOCK BOX#: 20-COE 001
CAROL STREAM, IL 60197-5940


CINTAS FIRST AID & SAFETY
1870 Brummel Ave.
ELK GROVE VILLAGE, IL 60007


CIR. CT. CLERK OF COOK COUNTY
28 N. CLARK STREET, RM 200
CHICAGO, IL 60602


CITY OF CHICAGO
DEPARTMENT OF WATER MANAGEMENT
P. O. BOX 6330
CHICAGO, IL 60680
```

CITY OF CHICAGO
DEPT. OF CONSUMER SERVICES
50 W. WASHINGTON ROOM 208
CHICAGO, IL 60602


CITY OF CHICAGO DEPT. OF BUS. AFF.
CITY HALL, ROOM 107A
121 NORTH LASALLE STREET
CHICAGO, IL 60602


CITY OF CHICAGO DEPT. OF REVENUE
P.O. BOX 641039
CHICAGO, IL 60664-1039


CITY OF CHICAGO-INSPECTIONS
WFC-UNIT
333 S. STATE STREET
CHICAGO, IL 60604-3977


COLE-PALMER INSTRUMENTS
DEPT. 77-6391
625 East Bunker Court
VERNON HILLS, IL 60061


COLUMBUS FOOD CO.
30 EAST OAKTON
DES PLAINES, IL 60018


COMCAST CABLE
P. O. BOX 3001
SOUTHEASTERN, PA 19398-3001


ComEd
Bankruptcy Dept.
P.O. Box 87522
Chicago, IL 60680


COOK COUNTY COLLECTOR
P.O. BOX 803358
CHICAGO, IL 60680-3358


COOK COUNTY TREASURER
PO BOX 4488
CAROL STREAM, IL 60197

COUNTRY GAS COMPANY
P. O. BOX 269
WASCO, IL 60183


CRODA, INC.
P.O. BOX 31445
HARTFORD, CT 06150-1445


CUSTOM COMPANIES
P. O. BOX 94338
CHICAGO, IL 60678


DECORATIVE CONTAINER
2121 SOUTH RACINE
CHICAGO, IL 60608


DELL FINANCE LEASING
11550 STONEHOLLOW DR.
AUSTIN, TX 78758


DENNIS M. NOLAN, P. C.
221 RAILROAD AVENUE
BARTLETT, IL 60103


DEPT OF MOTOR VEHICLES
SECRETARY OF STATE
SPRINGFIELD, IL 62722


DHL EXPRESS
P.O. BOX 4723
HOUSTON, TX 77210


DISCOVER NETWORK
P. O. BOX 52145
PHOENIX, AZ 85072-2145


Don Johns, Inc
1312 West Lake Street
CHICAGO, IL 60607


DRIVE INSURANCE
PO BOX 94739
CLEVELAND, OH 44101

DUNNWELL PACKAGING
590 SUPREME DRIVE
BENSENVILLE, IL 60106


EMCO CHEMICALS
P.O. BOX 97743
CHICAGO, IL 60678-7743


FEDERAL EXPRESS
P. O. BOX 1140
DEPT. A
MEMPHIS, TN 45651-7184


FIELD PACKAGING GROUP
5555 WEST 73RD STREET
BEDFORD PARK, IL 60638


FIFTH THIRD BANK
8140 S Ashland
CHICAGO, IL 60620


FINANCIAL PACIFIC LEASING
LEASING DEPARTMENT 1
P. O. BOX 34935
SEATTLE, WA 98124-1935


FINANICAL PACIFIC LEASING
3455 SO. 344TH WAY, #300
FEDERAL WAY, WA 98001-9546


FIRST DATA GLOBAL LEASING
26000 CANNON RD
CLEVELAND, OH 44146


FLO TRANS
7400 S. PULASKI
CHICAGO, IL 60629


FORD CREDIT
P. O. BOX 542000
OMAHA, NE 68154-8000


FORD MOTOR CREDIT
P. O. BOX 790093
ST. LOUIS, MO 63179-0093

FRIENDLY SOL CORP
3837 NO. PANAMA AVE.
CHICAGO, IL 60634


G&K SERVICES
8201 SOUTH CORK AVE
JUSTICE, IL 60458


GE CAPITAL
P. O. BOX 740423
ATLANTA, GA 30374-0423


GOLDSCHMIDT
914 East Randolph Road
Hopewell, VA 23860


GRAINGER
5959 W. HOWARD ST
NILES, IL 60714-4014


GREEN BAY PACKAGING
1700 N. WEBSTER COURT
P.O. BOX 19017
GREENBAY, WI 54307-9017


HALL, HELEN
415 W 100TH ST
CHICAGO, IL 60628


HINKLEY SPRINGS
P.O. BOX 660579
DALLAS, TX 75266-0579


HOLLAND APPLIED TECHNOLOGIES
7050 HIGH GROVE BLVD
BURR RIDGE, IL 60527


HOME & BUSINESS SECURITY
P. O. BOX 2136
CALUMET CITY, IL 60409


HOME DEPOT DEPT.
HOME DEPOT CREDIT SERVICES
PO BOX 6029
THE LAKES, NV 88901

ICE MOUNTAIN
P. O. BOX 52214
PHOENIX, AZ 85072-2214


IL DEPARTMENT OF REVENUE
RETAILERS' OCCUPATION TAX
SPRINGFIELD, IL 62796-0001


IL DEPT OF EMPLOYMENT SECURITY
P.O. BOX 3637
SPRINGFIELD, IL 62708-3637


ILL. DEPT. OF PROF. REGULATION
320 WEST WASHINGTON
SPRINGFIELD, IL 62786


ILLINOIS DEPT. OF REVENUE RM 304
9730 S. WESTERN
EVERGREEN PARK, IL 60642


IMAX BANCARD NETWORK
25322 RTE CYN  RD #102
VALENCIA, CA 91355


INDIANA PALLET CO., INC.
P. O. BOX 398
EAST CHICAGO, IN 46312


INKJET, INC.
P.O. BOX. 847501
DALLAS, TX 75284-7501


INOLEX COMPANY
2101 S Swanson St.
PHILADELPHIA, PA 19148


Insurance Support Systems
333 N. Michigan Ave. Suite 901
CHICAGO, IL 60601


INTERNAL REVENUE SERVICE
KANSAS CITY, MO 64999

INTERNATIONAL SOURCING, INC.
121 PLEASANT AVENUE
UPPER SADDLE RIVER, NJ 07458


IRS District Director
200 W. Adams St.
Suite 2300
Chicago, IL 60606


ISP TECHNOLOGIES  INC.
88076 EXPEDITE WAY
CHICAGO, IL 60695


KALITRONE PETTIBONE
1241 ELLIS STREET
BENESENVILLE, IL 60106


KRAFT CHEMICALS
1975 NO. HAWTHORNE AVE.
MELROSE PARK, IL 60160


LAB SAFETY SUPPLY
P. O. BOX 5004
JANESVILLE, WI 53547-5004


LEASE FINANCE GROUP
P.O. BOX 7861
NEW YORK, NY 10116


LIFT TRUCK CORP OF AMERICA
1240 W. RANDOLPH ST.
CHICAGO, IL 60607


LIPO CHEMICALS, INC.
P.O. BOX 822048
PHILADELPHIA, PA 19182-2048


M F CACHET COMPANY
P.O. BOX 71235
CLEVELAND, OH 44191


MARQUETTE NATIONAL BANK
6316 W. WESTERN
CHICAGO, IL 60636

MASTERMAN'S
11 C STREET
PO BOX 411
AUBURN, MA 01501


MAYBROOK, INC.
P.O. BOX 192
151 Veteran Drive
Northvale, NJ 07647


MCINTYRE GROUP LTD.
RHODIA GROUP COMPANY
P. O. BOX 512682
PHILADELPHIA, PA 19175-2682


MCKERNAN PACKAGING
PO BOX 7284
RENO, NV 98510


MCMASTER-CARR SUPPLY
P.O. BOX 7690
CHICAGO, IL 60680-7690


MOTION INDUSTRIES, INC.
1361 S. JEFFERSON ST.
CHICAGO, IL 60607


N. E. W. PLASTICS
BOX 774269
4269 SOLUTION CENTER
CHICAGO, IL 60677-4002


NORTHAMERICAN BANCARD
969 CHICAGO ROAD
TROY, MI 48083


NORTHEREN SAFETY, CO
P.O. BOX 4250
UTICA, NY 13504-4250


OFFICE DEPOT
P. O. BOX 630813
CINCINNATI, OH 45263-0813

```
OLCOTT PLASTICS
P. O. BOX 6042
ST. CHARLES, IL 60174


ORCHIDIA
1525 BROOK DRIVE
DOWNERS GROVE, IL 60515


PARGREEN
Sales Enginer
1224 Capitol Dr.
Addison, IL 60101


PDC CHEMICALS & SPECIALITIES
506 WEST TAFT DRIVE
SOUTH HOLLAND, IL 60473


People's Gas
130 E. Randolph
Chicago, IL 60601


PINEY BOWES CREDIT CORP.
P. O. BOX 856460
LOUISVILLE, KY 40285


PITNEY BOWES POSTAGE BY PHONE
PO BOX 856042
LOUISVILLE, KY 40285


PRICE TECH GROUP
24229 SOUTH TRYON STREET
CHANNAHON, IL 60410-9326


PROG PREMIER INS CO IL
P. O. BOX 7247-0112
PHILADELPHIA, PA 19170-0112


QUICK DELIVERY SERVICE, INC.
632 PRATT AVENUE NORTH
SCHAUMBURG, IL 60193


QUILL CORP
P.O. BOX 37600
Philadelphia, PA 19101-0600
```

QUIMEX, INC.
14702 S. HAMLIN
MIDLOTHIAN, IL 60445


R&L Carriers
P. O. BOX 713153
COLUMBUS, OH 43271-3153


RACHEL, NANCY
7216 SO EAST END, APT 2
CHICAGO, IL 60649


RIEKE PACKAGING SYSTEMS
DEPT. #218001
P. O. BOX 67000
DETROIT, MI 48267-2180


RITA CORPORATION
850 SO. ROUTE 31
CRYSTAL LAKE, IL 60014


RUSH CARTAGE
P. O. BOX 854
FRANKLIN PARK, IL 60131


SAFECO INSURANCE
P. O. BOX 6486
CAROL STREAM, IL 60197-6486


SCHOENBERG  CONSULTING INC
31 HORSESHOE LANE
LEMONT, IL 60439


SCREENWORKS SUPPLY CORP.
P. O. BOX 509
TECHNEY, IL 60082-0509


SPRINT
P . O. BOX 660092
DALLAS, TX 75266-0092


Stephen & Josie Luster
90 Denell Ct.
Crete, IL 60417

STEWART, SHIRLEY
2604 Lake Shore Dr
Lynwood, IL 60411


Stitt, Klein LLC
2550 West Golf Road, Ste. 250
Rolling Meadows, IL 60008


STRAHL & PITSCH
P. O. BOX 1098
WEST BABYLON, NY 11704


SUMMIT LABS
17010 S. HALSTED STREET
HARVEY, IL 60426


SUPERFOS PACKAGING
ALLEGANY COUNTY INDUST. PARK
11301 SUPERFOS DRIVE S.E.
CUMBERLAND, MD 21502


TELEGRATION, INC.
P. O. BOX 3010
BIRMINGHAM, MI 48012-3010


THE FANNING CORPORATION
NW 5238
P. O. BOX 1450
MINNEAPOLIS, MN 55485


THE SUPERFOS GROUP
ALLEGANY COUNTY INDUST. PARK
11301 SUPERFOS DRIVE S.E.
CUMBERLAND, MD 21502


TIME PAYMENT CORP.
10-M Commerce Way
Woburn, MA 01801


TLC INGREDIENTS
16901 ADVANTAGE AVE.
CREST HILL, IL 60403

```
TRI-K P.O.
BOX 128
NORTHVALE, NJ 07647-0128


U. S. LIFT & WAREHOUSE EQUIP.
P.O. BOX 91976
ELK GROVE VILLAGE, IL 60009


ULINE
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL 60085


UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132


United States Attorney
219 S. Dearborn St.
Suite 500
Chicago, IL 60604


Universal Premium Acceptance Corp
P. O. Box 212516
Kansas City, MO 64121-2516


WERTHEIMER BOX
7950 W. JOLIET ROAD SUITE 100
MCCOOK, IL 60525


WILKENS ANDERSON CO.
4525 WEST DIVISION
CHICAGO, IL 60651


ZWEIFEL TV HARDWARE, INC.
345 WEST 25TH PLACE
CHICAGO, IL 60616
```