IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| **CLINTEX LABORATORIES, INC,** ) | |
| ) | Case No. 09-34377 |
| **Debtor** ) | |
| ) | Hon. Eugene R. Wedoff |
| ) | |

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that on Wednesday, June 19, 2013, at the hour of 9:30 a.m., I shall appear before the Honorable Eugene Wedoff, or any judge sitting in his stead, in Courtroom 744 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois and then and there present REORGANIZED DEBTOR'S MOTION FOR FINAL DECREE CLOSING CASE, which is attached.

                                     Respectfully submitted,

                                     /s/Richard N. Golding
                                     Richard N. Golding
                                     Attorney for the Debtor


Richard N. Golding, Esq. (ARDC# 0992100)
Jonathan D. Golding, Esq. (ARDC# 6299876)
THE GOLDING LAW OFFICES, PC
500 N. Dearborn Street, 2nd Floor
Chicago, IL 60654
Tel:  (312) 832-7885
Fax:  (312) 755-5720
Email: rgolding@goldinglaw.net

STATE OF ILLINOIS )
)
COUNTY OF COOK )

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that he caused a copy of the Reorganized Debtor's Motion For Final Decree Closing Case with attached proposed order to be filed with the Clerk of the U. S. Bankruptcy Court, Northern District of Illinois, using the CM/ECF filing system on this 28th day of May, 2013, to registered parties by ECF and by mailing postage pre-paid with the U. S. Post Office at 500 N. Dearborn Street, Chicago, IL 60654 to the following parties:

| | | |
|---|---|---|
| A & T TRUCKING COMPANY<br>2920 S. 19th Ave<br>Broadview, IL 60155 | AAA COOPER TRANSPORTATION<br>P.O. BOX 102442<br>Atlanta, GA 30368-2442 | ABACUS SCALE<br>1640 W. PERSHING<br>CHICAGO, IL 60609 |
| ACE HOSE AND RUBBER COMPANY<br>1333 SOUTH JEFFERSON ST.<br>CHICAGO, IL 60607 | ACID PRODUCTS CO. INC.<br>600 W. 41ST STREET<br>CHICAGO, IL 60609 | ACTION BAG<br>1001 ENTRY DRIVE<br>BENSENVILLE, IL 60106 |
| ADP INC.<br>209 WEST JACKSON<br>CHICAGO, IL 60606 | AEC, INC.<br>1100 EAST WOODFIELD ROAD SUITE 588<br>SCHAUMBURG, IL 60173 | AGILEX FLAVORS & FRAGRANCES<br>210 Hickory Springs Industrial Dr.<br>Canton, GA 30115 |
| AIRGAS SAFETY<br>P. O BOX 951884<br>DALLAS, TX 75395-1884 | Akzo Nobel Personal Care<br>10 Findere Avenue<br>Bridgewater, NJ 08807 | ALCOHOL TAXES A. T. F.<br>550 MAIN STREET SUITE 8002<br>CINCINNATI, OH 45202- |
| ALL ELECTRIC MOTOR REPAIR<br>6726 SOUTH ASHLAND AVENUE<br>CHICAGO, IL 60636 | ALL-TYPES ELEVATORS, INC.<br>11105 S. NASHVILLE, UNIT B<br>WORTH, IL 60482 | ALLIED WASTE SERVICES #710<br>P.O. BOX 9001154<br>LOUISVILLE, KY 40290-1154 |
| AM. HEALTH & BEAUTY AIDS INST.<br>PROUD LADY  BEAUTY SHOW<br>P.O. BOX 19510 | American Express Credit Dept.<br>P.O. Box 981540<br>El Paso, TX 79998-1540 | AMERCHOL CORPORATION<br>4191 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |

2

| | | |
|---|---|---|
| AMERICAN EXP MERCHANT<br>P.O. BOX 53852<br>PHOENIX, AZ 85072-3852 | APV AMERICAS<br>P. O. BOX #70380<br>CHICAGO, IL 60673-0380 | ANGUS CHEMICAL<br>91053 COLLECTION CENTRAL DRIVE<br>CHICAGO, IL 60693 |
| APEX PACKAGING<br>P. O. BOX 527<br>OLD BETHPAGE, NY 11804-0527 | AT&T<br>Attn: Bankruptcy Dept.<br>5407 Andrews Highway<br>Midland, TX 79706 | ARCH CHEMICALS<br>P. O. Box 640060<br>PITTSBURGH, PA 15264-0060 |
| ASHLAND CONTAINER<br>475 EAST JOE ORR ROAD<br>CHICAGO HEIGHTS, IL 60411 | BAR CODE INTEGRATORS<br>11 NORTH SKOKIE HIGHWAY<br>SUITE 205 | AVATAR CORPORATION<br>6479 RELIABLE PARKWAY<br>CHICAGO, IL 60686-0064 |
| B & S PALLET<br>550 WEST ROOT STREET<br>CHICAGO, IL 60609 | BELOW ZERO DESIGN<br>122 E. SIBLEY AVE.<br>DOLTON, IL 60419 | BASCO USA<br>P. O. BOX 92170<br>ELK GROVE, IL 60009 |
| BELLE AIR FRAGRANCES, INC<br>1600 BASKIN ROAD<br>MUNDELEIN, IL 60060 | CALCO<br>960 MUIRFIELD DR.<br>HANOVER PARK, IL 60103-5457 | BERJE<br>5 LAWRENCE ST.<br>BLOOMFIELD, NJ 07003 |
| BRENNTAG GREAT LAKES<br>4420 N. Harley Davidson Ave.<br>Wauwatosa, WI 53225 | CHICAGO OFFICE TECHNOLOGY GROUP<br>4 Territorian Court<br>Bolingbrook, IL 60440 | CAVALIER TELEPHONE<br>P.O. BOX 9001111<br>LOUISVILLE, KY 40290-1111 |
| CHEMPOINT<br>13727 COLLECTION DRIVE<br>CHICAGO, IL 60693 | CITY OF CHICAGO DEPARTMENT OF WATER MANAGEMENT<br>P. O. BOX 6330<br>CHICAGO, IL 60680 | CINTAS FIRST AID & SAFETY<br>1870 Brummel Ave.<br>ELK GROVE VILLAGE, IL 60007 |
| CIR. CT. CLERK OF COOK COUNTY<br>28 N. CLARK STREET, RM 200<br>CHICAGO, IL 60602 | CITY OF CHICAGO DEPT. OF REVENUE<br>P.O. BOX 641039<br>CHICAGO, IL 60664-1039 | CITY OF CHICAGO DEPT. OF CONSUMER SERVICES<br>50 W. WASHINGTON ROOM 208 |
| CITY OF CHICAGO DEPT. OF BUS. AFF.<br>CITY HALL, ROOM 107A<br>121 NORTH LASALLE STREET | COLUMBUS FOOD CO.<br>30 EAST OAKTON<br>DES PLAINES, IL 60018 | CITY OF CHICAGO-INSPECTIONS WFC-UNIT<br>333 S. STATE STREET<br>CHICAGO, IL 60604-3977 |

3

COLE-PALMER INSTRUMENTS
DEPT. 77-6391
625 East Bunker Court
VERNON HILLS, IL 60061

COOK COUNTY COLLECTOR
P.O. BOX 803358
CHICAGO, IL 60680-3358

COMCAST CABLE
P. O. BOX 3001
SOUTHEASTERN, PA 19398-3001

ComEd
Bankruptcy Dept.
P.O. Box 87522
Chicago, IL 60680

CRODA, INC.
P.O. BOX 31445
HARTFORD, CT 06150-1445

COOK COUNTY TREASURER
PO BOX 4488
CAROL STREAM, IL 60197

COUNTRY GAS COMPANY
P. O. BOX 269
WASCO, IL 60183

DELL FINANCE LEASING
One Dell Way
Round Rock, TX 78682

CUSTOM COMPANIES
P. O. BOX 94338
CHICAGO, IL 60678

DECORATIVE CONTAINER
2121 SOUTH RACINE
CHICAGO, IL 60608

DHL EXPRESS
P.O. BOX 4723
HOUSTON, TX 77210

DENNIS M. NOLAN, P. C.
221 RAILROAD AVENUE
BARTLETT, IL 60103

DEPT OF MOTOR VEHICLES
SECRETARY OF STATE
SPRINGFIELD, IL 62722

DRIVE INSURANCE
PO BOX 94739
CLEVELAND, OH 44101

DISCOVER NETWORK
P. O. BOX 52145
PHOENIX, AZ 85072-2145

Don Johns, Inc
1312 West Lake Street
CHICAGO, IL 60607

FIELD PACKAGING GROUP
5555 WEST 73RD STREET
BEDFORD PARK, IL 60638

DUNNWELL PACKAGING
590 SUPREME DRIVE
BENSENVILLE, IL 60106

EMCO CHEMICALS
P.O. BOX 97743
CHICAGO, IL 60678-7743

FLO TRANS
7400 S. PULASKI
CHICAGO, IL 60629

FIFTH THIRD BANK
8140 S Ashland
CHICAGO, IL 60620

FIRST DATA GLOBAL LEASING
26000 CANNON RD
CLEVELAND, OH 44146

GE CAPITAL
P. O. BOX 740423
ATLANTA, GA 30374-0423

FRIENDLY SOL CORP
3837 NO. PANAMA AVE.
CHICAGO, IL 60634

G&K SERVICES
8201 SOUTH CORK AVE
JUSTICE, IL 60458

GREEN BAY PACKAGING
1700 N. WEBSTER COURT
P.O. BOX 19017
GREENBAY, WI 54307-9017

GOLDSCHMIDT
914 East Randolph Road
Hopewell, VA 23860

4

GRAINGER
5959 W. HOWARD ST
NILES, IL 60714-4014

HOLLAND APPLIED
TECHNOLOGIES
7050 HIGH GROVE BLVD
BURR RIDGE, IL 60527

HALL, HELEN
415 W 100TH ST
CHICAGO, IL 60628

HINKLEY SPRINGS
P.O. BOX 660579
DALLAS, TX 75266-0579

IL DEPARTMENT OF
REVENUE
RETAILERS'
OCCUPATION TAX
SPRINGFIELD, IL 62796-

HOME & BUSINESS
SECURITY
P. O. BOX 2136
CALUMET CITY, IL
60409

HOME DEPOT DEPT.
HOME DEPOT CREDIT
SERVICES
PO BOX 6029
THE LAKES, NV 88901

IMAX BANCARD
NETWORK
25322 RTE CYN  RD #102
VALENCIA, CA 91355

IL DEPT OF
EMPLOYMENT
SECURITY
P.O. BOX 3637
SPRINGFIELD, IL 62708-

ILL. DEPT. OF PROF.
REGULATION
320 WEST WASHINGTON
SPRINGFIELD, IL 62786

INOLEX COMPANY
2101 S Swanson St.
PHILADELPHIA, PA 19148

INDIANA PALLET CO.,
INC.
P. O. BOX 398
EAST CHICAGO, IN
46312

INKJET, INC.
P.O. BOX. 847501
DALLAS, TX 75284-7501

IRS District Director
200 W. Adams St.
Suite 2300
Chicago, IL 60606

Insurance Support Systems
333 N. Michigan Ave. Suite
901
CHICAGO, IL 60601

INTERNAL REVENUE
SERVICE
KANSAS CITY, MO 64999

KRAFT CHEMICALS
1975 NO. HAWTHORNE
AVE.
MELROSE PARK, IL 60160

ISP TECHNOLOGIES
INC.
88076 EXPEDITE WAY
CHICAGO, IL 60695

KALITRONE PETTIBONE
1241 ELLIS STREET
BENESENVILLE, IL 60106

LIFT TRUCK CORP OF
AMERICA
1240 W. RANDOLPH ST.
CHICAGO, IL 60607

LAB SAFETY SUPPLY
P. O. BOX 5004
JANESVILLE, WI 53547-
5004

LEASE FINANCE GROUP
P.O. BOX 7861
NEW YORK, NY 10116

MARQUETTE NATIONAL
BANK
6316 W. WESTERN
CHICAGO, IL 60636

LIPO CHEMICALS, INC.
P.O. BOX 822048
PHILADELPHIA, PA
19182-2048

M F CACHET COMPANY
P.O. BOX 71235
CLEVELAND, OH 44191

MCINTYRE GROUP LTD.
RHODIA GROUP
COMPANY
P. O. BOX 512682
PHILADELPHIA, PA

MASTERMAN'S
11 C STREET
PO BOX 411
AUBURN, MA 01501

MAYBROOK, INC.
P.O. BOX  192
151 Veteran Drive
Northvale, NJ 07647

MOTION INDUSTRIES, INC.
1361 S. JEFFERSON ST.
CHICAGO, IL 60607

MCKERNAN PACKAGING
PO BOX 7284
RENO, NV 98510

MCMASTER-CARR SUPPLY
P.O. BOX 7690
CHICAGO, IL 60680-7690

NORTHEREN SAFETY, CO
P.O. BOX 4250
UTICA, NY 13504-4250

N. E. W. PLASTICS
BOX 774269
4269 SOLUTION CENTER
CHICAGO, IL 60677-4002

NORTHAMERICAN BANCARD
969 CHICAGO ROAD
TROY, MI 48083

ORCHIDIA
1525 BROOK DRIVE
DOWNERS GROVE, IL 60515

OFFICE DEPOT
P. O. BOX 630813
CINCINNATI, OH 45263-0813

OLCOTT PLASTICS
P. O. BOX 6042
ST. CHARLES, IL 60174

People's Gas
130 E. Randolph
Chicago, IL 60601

PARGREEN
Sales Enginer
1224  Capitol Dr.
Addison, IL 60101

PDC CHEMICALS & SPECIALITIES
506 WEST TAFT DRIVE
SOUTH HOLLAND, IL 60473

PRICE TECH GROUP
24229 SOUTH TRYON STREET
CHANNAHON, IL 60410-9326

PITNEY BOWES CREDIT CORP.
P. O. BOX 856460
LOUISVILLE, KY 40285

QUICK DELIVERY SERVICE, INC.
632 PRATT AVENUE NORTH
SCHAUMBURG, IL 60193

QUILL CORP
P.O. BOX 37600
Philadelphia, PA 19101-0600

PROG PREMIER INS CO IL
P. O. BOX 7247-0112
PHILADELPHIA, PA 19170-0112

R&L Carriers
P. O. BOX 713153
COLUMBUS, OH 43271-3153

RACHEL, NANCY
7216 SO EAST END, APT 2
CHICAGO, IL 60649

QUIMEX, INC.
14702 S. HAMLIN
MIDLOTHIAN, IL 60445

RITA CORPORATION
850 SO. ROUTE 31
CRYSTAL LAKE, IL 60014

Roadway Express
P.O. Box 93151
Chicago, IL 60673-3151

RIEKE PACKAGING SYSTEMS
DEPT. #218001
P. O. BOX 67000
DETROIT, MI 48267-2180

SAFECO INSURANCE
P. O. BOX 6486
CAROL STREAM, IL 60197-6486

SCHOENBERG CONSULTING INC
31 HORSESHOE LANE
LEMONT, IL 60439

RUSH CARTAGE
P. O. BOX 854
FRANKLIN PARK, IL 60131

6

| | | |
|---|---|---|
| SPRINT<br>P. O. BOX 660092<br>DALLAS, TX 75266-0092 | Stephen & Josie Luster<br>90 Denell Ct.<br>Crete, IL 60417 | SCREENWORKS SUPPLY CORP.<br>P. O. BOX 509<br>TECHNEY, IL 60082-0509 |
| THE SUPERFOS GROUP<br>ALLEGANY COUNTY INDUST. PARK<br>11301 SUPERFOS DRIVE S.E. | STRAHL & PITSCH<br>P. O. BOX 1098<br>WEST BABYLON, NY 11704 | STEWART, SHIRLEY<br>2604 Lake Shore Dr<br>Lynwood, IL 60411 |
| TRI-K P.O.<br>BOX 128<br>NORTHVALE, NJ 07647-0128 | TELEGRATION, INC.<br>P. O. BOX 3010<br>BIRMINGHAM, MI 48012-3010 | SUMMIT LABS<br>17010 S. HALSTED STREET<br>HARVEY, IL 60426 |
| UNITED PARCEL SERVICE<br>LOCKBOX 577<br>CAROL STREAM, IL 60132 | U. S. LIFT & WAREHOUSE EQUIP.<br>P.O. BOX 91976<br>ELK GROVE VILLAGE, IL 60009 | THE FANNING CORPORATION<br>NW 5238<br>P. O. BOX 1450<br>MINNEAPOLIS, MN |
| WERTHEIMER BOX<br>7950 W. JOLIET ROAD<br>SUITE 100<br>MCCOOK, IL 60525 | United States Attorney<br>219 S. Dearborn St.<br>Suite 500<br>Chicago, IL 60604 | TLC INGREDIENTS<br>16901 ADVANTAGE AVE.<br>CREST HILL, IL 60403 |
| Universal Premium Acceptance Corp<br>P. O. Box 212516<br>Kansas City, MO 64121-2516 | WILKENS ANDERSON CO.<br>4525 WEST DIVISION<br>CHICAGO, IL 60651 | ULINE<br>2200 S. LAKESIDE DRIVE<br>WAUKEGAN, IL 60085 |
| | | ZWEIFEL TV HARDWARE, INC.<br>345 WEST 25TH PLACE<br>CHICAGO, IL 60616 |

/s/Richard N. Golding

7

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Chapter 11** |
| **CLINTEX LABORATORIES, INC,** ) | |
| ) | **Case No. 09-34377** |
| **Debtor** ) | |
| ) | **Hon. Eugene R. Wedoff** |
| ) | |

## REORGANIZED DEBTOR'S MOTION FOR ENTRY OF A
## FINAL DECREE CLOSING CASE

Reorganized debtor Clintex Laboratories, Inc., (the "*Reorganized Debtor*"), by and through its undersigned counsel, hereby moves this Court (this "*Motion*") for entry of a final decree, substantially the form attached hereto (the "*Proposed Final Decree*"). In support of this Motion, the Reorganized Debtor respectfully states as follows:

### Jurisdiction

*1.*     The Court has jurisdiction over this Motion under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

*2.*     Venue in this Court is proper under 28 U.S.C. § 1408.

*3.*     The statutory bases for the relief requested herein are section 350 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the *"Bankruptcy Code"),* Rule 3022 of the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"),* and Rule 3022-1 of the Local Bankruptcy Rules of this Court (the *"Local Rules").*

Background

I.   The Chapter 11 Case and Confirmation of the Plan

*4.*   On September 16, 2009 (the *"Petition Date"),* the Reorganized Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Reorganized Debtor continued in the management and possession of its business as debtor in possession throughout this chapter 11 case. No trustee or examiner has been appointed in this chapter 11 case. No committee has been appointed or designated.

*5.*   On February 16, 2011, the Court entered an order [Docket No. 162] (the *"Confirmation Order")* that, among other things, confirmed the *January 10, 2011 Plan of Reorganization of Clintex Laboratories, Inc. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 126] (the *"Plan").[1]* The Confirmed Plan was not substantially consummated and was subsequently modified by order entered on March 19, 2013 [Docket No. 227] (the *"Modified Plan").* In accordance with the terms of the Modified Plan, the Modified Plan became effective on April 3, 2013 (the *"Effective Date"),* and the Reorganized Debtor caused notice of the occurrence of the Effective Date to be served on all creditors and parties in interest in this chapter 11 case.[2]

II.   Status of the Chapter 11 Case

---

[1] Capitalized terms used as defined terms herein and not otherwise defined shall have the meanings ascribed to them in the Plan.

[2] *See Order Modifying Plan* [Docket No. 227].

6. Since the Effective Date, the Reorganized Debtor has worked diligently to implement the Plan and conclude this chapter 11 case. The following provides the status of the chapter 11 case and distributions under the Plan.

7. *Implementation of the Plan.* On the Effective Date, among other things, all property of the chapter 11 estate vested in the Reorganized Debtor pursuant to the Modified Plan. The Reorganized Debtor has emerged from chapter 11 protection and has continue to operate its business and manage its property in the ordinary course.

8. *Administrative Claims, Priority Tax Claims, and U.S. Trustee Statutory Fees.* The Reorganized Debtor has paid, and continues to pay, all Administrative Claims and the U.S. Trustee's fees as and when those amounts come due.

9. *Cure Claims.* The cure claims of Financial Pacific Leasing and Time Payment Corp. have been paid in full.

10. *Class 1 Priority Claims.* Priority tax claims of the IRS and IDOR are being paid in sixty equal monthly installments pursuant to the Modified Plan.

11. *Class 2 Secured Claim of Amcore Bank.* Payment on this claim has not commenced, pending acquisition by the Reorganized Debtor of refinancing.

12. *Class 3 Secured Claim of Amcore Bank.* The Reorganized Debtor has made the first two payments to BMO Harris Bank as successor to Amcore Bank required under the Modified Plan and shall make future payments as required under the Modified Plan.

13. *Class 4 Secured Claim of Financial Pacific Leasing.* The claim of Financial

Pacific Leasing has continued to be paid pursuant to the terms of the Modified Plan and the Reorganized Debtor shall make future payments as required under the Modified Plan.

14.     *Class 5 Secured Claim of Time Payment Corp.*  The claim of Time Payment Corp. has continued to be paid pursuant to the terms of the Modified Plan and the Reorganized Debtor shall make future payments as required under the Modified Plan.

15.     *Class 6 General Unsecured Claims.* The first payments to General Unsecured Creditors are not due until July 17, 2013 pursuant to the Modified Plan.  The Reorganized Debtor shall make future annual payments as required under the Plan.

16.     *Class 7 Equity Claims.* Pursuant to the Plan, Class 7 Equity Interests are not entitled to a distribution.

Relief Requested

15.     By this Motion, the Reorganized Debtor respectfully requests that this Court issue a final decree substantially in the form of the Proposed Final Decree closing this chapter 11 case pursuant to section 350 of the Bankruptcy Code and Bankruptcy Rule 3022.

Basis for Relief

I.     Standard for Closing a Chapter **11** Case

16.     Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 V.S.C. § 350(a). Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), which implements section 350 of the Bankruptcy Code, further provides that "[a]fter an estate is

fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Bankruptcy Rule 3022.

*17.* The term "fully administered" is not defined by either the Bankruptcy Code or the Bankruptcy Rules. The Advisory Committee Notes to Bankruptcy Ru1e3022,however, set forth the following non-exclusive list of factors to be considered to determine whether a case has been fully administered: (a) whether the order confirming the plan has become final; (b) whether deposits required by the plan have been transferred; (c) whether the property proposed by the plan to be transferred has been transferred; (d) whether the debtor [or its successor] has assumed the business or management of the property dealt with by the plan; (e) whether payments under the plan have commenced; and (f) whether all motions, contested matters and adversary proceedings have been finally resolved.

*18.* These six factors, however, are merely guidelines that aid a court's determination, and each of the factors need not be present before a court enters a final decree. *See In re Mold Makers, Inc.,* 124 B.R. 766, 768 (Bankr. N.D. Ill. 1990). In particular, courts have held that open related adversary proceedings, for example, should not be enough to prevent closure of a bankruptcy case. *See, e.g., In re IMP-Newcor Inter 'I, Inc.,* 225 B.R. 462, 465 (Bankr. N.D. Ill. 1998) (Barliant, J.) (where the only matters remaining are certain disbursements and an adversary proceeding, case can be closed); *In re McClelland,* 377 B.R. 446, 453 (Bankr. S.D.N.Y. 2007) (if an estate is otherwise fully administered, one adversary proceeding should not delay closing case); *In re Union Home & Indus., Inc.,* 375 B.R. 912, 918 (lOth Cir. BAP 2007) (same). Courts have also found that it is not necessary to complete a final distribution under a plan of reorganization to close a case. *See, e.g., JMP-Newcor Inter 'I,* 225 B.R. at 465; *Jay Bee Enters.,* 207 B.R. 536,538 (Bankr. E.D. Ky. 1997).

II.  It Is Appropriate to Close the Chapter **11** Case.

*19.*  The Reorganized Debtor's estate has been fully administered within the meaning of section 350 of the Bankruptcy Code, making it appropriate for the Court to enter a final decree closing the chapter 11 case. The confirmation order became final and non-appealable on or about April 19, 2013. Moreover, the Modified Plan has been substantially consummated: (a) the Reorganized Debtors have received the property to which they are entitled under the Plan; (b) the Reorganized Debtors have assumed the business and management of that property; and (c) the Reorganized Debtors have made the other distributions called for under the Plan.

*20.*  Moreover, leaving the chapter 11 case open will cause the Reorganized Debtors to incur substantial quarterly U.S. Trustee fees. *See* 28 U.S.C. § 1930. If the chapter 11 case is not closed, the Reorganized Debtor will be required to continue paying quarterly fees to keep the case open. These quarterly fees are a significant burden upon the Reorganized Debtor and (given the status of the chapter 11 case) are an inefficient use of resources. Accordingly, there is ample justification for entry of a final decree closing the chapter **11** case at this time.

WHEREFORE, the Reorganized Debtor respectfully requests that this Court enter a final decree substantially in the form of the Proposed Final Decree (a) closing this chapter 11 case and (b) granting such other and further relief as this Court deems appropriate.

Dated: May 28, 2013.

                                                              Respectfully submitted,

                                                              By: /s/ Richard N. Golding
                                                              Richard N. Golding
                                                              Attorney for Clintex Laboratories, Inc.

Richard N. Golding (ARDC 992100)

The Golding Law Offices, P.C.
500 N. Dearborn Street, 2nd FL
Chicago, IL 60610
T: (312) 832-7885
F: (312) 755-5720