IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| **CLINTEX LABORATORIES, INC,** ) | |
| ) | Case No. 09-34377 |
| **Debtor** ) | |
| ) | Hon. Eugene R. Wedoff |
| ) | |

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that on Wednesday, July 24th, 2013 at the hour of 10:00 a.m., I shall appear before the Honorable Eugene Wedoff, or any judge sitting in his stead, in Courtroom 744 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois and then and there present **FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANT FOR THE DEBTOR,** which is attached.

                                             Respectfully submitted,

                                             /s/Richard N. Golding
                                             Richard N. Golding
                                             Attorney for the Reorganized Debtor

Richard N. Golding, Esq. (ARDC# 0992100)
Jonathan D. Golding, Esq. (ARDC# 6299876)
THE GOLDING LAW OFFICES, PC
500 N. Dearborn Street, 2nd Floor
Chicago, IL 60654
Tel:  (312) 832-7885
Fax:  (312) 755-5720
Email: rgolding@goldinglaw.net

STATE OF ILLINOIS        )
                         )
COUNTY OF COOK           )

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a copy of the 1st and Final Application for Compensation As Accountant for the Debtor with attached proposed order to be filed with the Clerk of the U. S. Bankruptcy Court, Northern District of Illinois, using the CM/ECF filing system on this 3rd day of July 2013, by electronic notification via the ECF system to the United States Trustee and by mailing postage pre-paid with the U. S. Post Office at 500 N. Dearborn Street, Chicago, IL 60654 and to:

Clintex Laboratories, Inc. |140 W. 62nd St.|Chicago, IL 60621-3809||||
A & T TRUCKING COMPANY |2920 S. 19th Ave|Broadview, IL 60155-4751| |||
AAA COOPER TRANSPORTATION |P.O. BOX 102442|Atlanta, GA 30368-2442| |||
ABACUS SCALE |1640 W. PERSHING|CHICAGO, IL 60609-2301| |||
ACE HOSE AND RUBBER COMPANY |1333 SOUTH JEFFERSON ST.|CHICAGO, IL 60607-5035| |||
ACID PRODUCTS CO. INC. |600 W. 41ST STREET|CHICAGO, IL 60609-2680| |||
ACTION BAG |1001 ENTRY DRIVE|BENSENVILLE, IL 60106-3314| |||
ADP INC. |209 WEST JACKSON|CHICAGO, IL 60606-6907| |||
AEC, INC. |1100 EAST WOODFIELD ROAD SUITE 588|SCHAUMBURG, IL 60173-5135| |||
AGILEX FLAVORS & FRAGRANCES |1432 PAYSPHERE CIRCLE|CHICAGO, IL 60674
AIRGAS SAFETY |P. O BOX 951884|DALLAS, TX 75395-1884| |||
ALCOHOL TAXES A. T. F. |550 MAIN STREET SUITE 8002|CINCINNATI, OH 45202
ALL ELECTRIC MOTOR REPAIR |6726 SOUTH ASHLAND AVENUE|CHICAGO, IL 60636-3430| |||
ALL-TYPES ELEVATORS, INC. |11105 S. NASHVILLE, UNIT B|WORTH, IL 60482-1951|
ALLIED WASTE SERVICES #710 |P.O. BOX 9001154|LOUISVILLE, KY 40290-1154| |||
AM. HEALTH & BEAUTY AIDS INST. |PROUD LADY  BEAUTY SHOW|P.O. BOX 19510|CHICAGO, IL 60619-0510| ||
AMERCHOL CORPORATION |4191 COLLECTIONS CENTER DR|CHICAGO, IL 60693
AMERICAN EXP MERCHANT |P.O. BOX 53852|PHOENIX, AZ 85072-3852| |||
ANGUS CHEMICAL |91053 COLLECTION CENTRAL DRIVE|CHICAGO, IL 60693-0910| |||
APEX PACKAGING |P. O. BOX 527|OLD BETHPAGE, NY 11804-0527| |||
APV AMERICAS |P. O. BOX #70380|CHICAGO, IL 60673-0380| |||
ARCH CHEMICALS |P. O. Box 640060|PITTSBURGH, PA 15264-0060| |||
ASHLAND CHEMICALS |16397 Collections Center Drive|CHICAGO, IL 60693-6397| |||
ASHLAND CONTAINER |475 EAST JOE ORR ROAD|CHICAGO HEIGHTS, IL 60411-1286|
AT&T |Attn: Bankruptcy Dept.|5407 Andrews Highway|Midland, TX 79706-2851| ||
AVATAR CORPORATION |6479 RELIABLE PARKWAY|CHICAGO, IL 60686-0064| |||
Agilex Flavors & Fragrances |210 Hickory Springs Industrial Dr|Canton, GA 30115-7962| |||
Akzo Nobel Personal Care |10 Findere Avenue|Bridgewater, NJ 08807-3365| |||
American Express |Credit Dept.|P.O. Box 981540|El Paso, TX 79998-1540| ||
American Express Bank, FSB |POB 3001|Malvern, PA 19355-0701| |||

B & S PALLET |550 WEST ROOT STREET|CHICAGO, IL 60609-2732| |||
BAR CODE INTEGRATORS |11 NORTH SKOKIE HIGHWAY|SUITE 205|LAKE BLUFF, IL 60044-1776| ||
BASCO USA |P. O. BOX 92170|ELK GROVE, IL 60009-2170| |||
BELLE AIR FRAGRANCES, INC |1600 BASKIN ROAD|MUNDELEIN, IL 60060-4602| |||
BELOW ZERO DESIGN |122 E. SIBLEY AVE.|DOLTON, IL 60419-1639| |||
BERJE |5 LAWRENCE ST.|BLOOMFIELD, NJ 07003-4691| |||
BRENNTAG GREAT LAKES |52200 EAGLE WAY|CHICAGO, IL 60678-1522| |||
BRENNTAG GREAT LAKES, LLC |LOCK BOX 790282|ST. LOUIS, MO 63179-0282| |||
Belle-Aire Fragrances Inc |Pyes & Cherin LLP|29 S LaSalle St, #1100|Chicago, IL 60603-1506|
CALCO |960 MUIRFIELD DR.|HANOVER PARK, IL 60133-5457| |||
CAVALIER TELEPHONE |P.O. BOX 9001111|LOUISVILLE, KY 40290-1111| |||
CHEMPOINT |13727 COLLECTION DRIVE|CHICAGO, IL 60693-0001| |||
CHICAGO OFFICE TECHNOLOGY GROUP |P. O. BOX 5940|LOCK BOX#: 20-COE 001|CAROL STREAM, IL 60197-5940| ||
CINTAS FIRST AID & SAFETY |1870 Brummel Ave.|ELK GROVE VILLAGE, IL 60007-2121| |||
CITY OF CHICAGO DEPT. OF BUS. AFF. |CITY HALL, ROOM 107A|121 NORTH LASALLE STREET|CHICAGO, IL 60602-1237| ||
CITY OF CHICAGO DEPT. OF REVENUE |P.O. BOX 641039|CHICAGO, IL 60664-1039| |||
COLE-PALMER INSTRUMENTS |DEPT. 77-6391|625 East Bunker Court|VERNON HILLS, IL 60061-1844| ||
COLUMBUS FOOD CO. |30 EAST OAKTON|DES PLAINES, IL 60018-1945| |||
COMCAST CABLE |P. O. BOX 3001|SOUTHEASTERN, PA 19398-3001| |||
COOK COUNTY TREASURER |PO BOX 4488|CAROL STREAM, IL 60197-4488|
COUNTRY GAS COMPANY |P. O. BOX 269|WASCO, IL 60183-0269| |||
CRODA, INC. |P.O. BOX 31445|HARTFORD, CT 06150-1445| |||
CUSTOM COMPANIES |P. O. BOX 94338|CHICAGO, IL 60678-4338| |||
ComEd |Bankruptcy Dept.|P.O. Box 87522|Chicago, IL 60680-0522| ||
DENNIS M. NOLAN, P. C. |221 RAILROAD AVENUE|BARTLETT, IL 60103| |||
DHL EXPRESS |P.O. BOX 4723|HOUSTON, TX 77210-4723| |||
DISCOVER NETWORK |P. O. BOX 52145|PHOENIX, AZ 85072-2145| |||
DRIVE INSURANCE |PO BOX 94739|CLEVELAND, OH 44101-4739| |||
DUNNWELL PACKAGING |590 SUPREME DRIVE|BENSENVILLE, IL 60106-1122| |||
DELL FINANCIAL SERVICES|P O BOX 81577|AUSTIN TX 78708-1577||||preferred
Don Johns, Inc |1312 West Lake Street|CHICAGO, IL 60607-1590| |||
EMCO CHEMICALS |P.O. BOX 97743|CHICAGO, IL 60678-7743| |||
FEDERAL EXPRESS |P. O. BOX 1140|DEPT. A|MEMPHIS, TN 45651-7184| ||
FIELD PACKAGING GROUP |5555 WEST 73RD STREET|BEDFORD PARK, IL 60638-6505| |||
FIFTH THIRD BANK |8140 S Ashland|CHICAGO, IL 60620-4320| |||
FINANCIAL PACIFIC LEASING |LEASING DEPARTMENT 1|P. O. BOX 34935|SEATTLE, WA 98124| ||
FIRST DATA GLOBAL LEASING |26000 CANNON RD|CLEVELAND, OH 44146-1807| |||
FLO TRANS |7400 S. PULASKI|CHICAGO, IL 60629-5827| |||
FORD MOTOR CREDIT |P. O. BOX 790093|ST. LOUIS, MO 63179-0093| |||

FRIENDLY SOL CORP |3837 NO. PANAMA AVE.|CHICAGO, IL 60634-2039| |||
Financial Pacific Leasing LLC |P O BOX 4568|Federal Way, WA 98063-4568| |||
G&K SERVICES |8201 SOUTH CORK AVE|JUSTICE, IL 60458-1718| |||
GE CAPITAL |P. O. BOX 740423|ATLANTA, GA 30374-0423| |||
GOLDSCHMIDT |914 East Randolph Road|Hopewell, VA 23860-2458| |||
GRAINGER |5959 W. HOWARD ST|NILES, IL 60714-4089| |||
GREEN BAY PACKAGING |1700 N. WEBSTER COURT|P.O. BOX 19017|GREENBAY, WI 54307-9017| ||
General Electric Capital Corp |1010 Thomas Edison BLVD SW|Cedar Rapids, IA 52404-8247| |||
HALL, HELEN |415 W 100TH ST|CHICAGO, IL 60628-1932| |||
HINKLEY SPRINGS |P.O. BOX 660579|DALLAS, TX 75266-0579| |||
HOLLAND APPLIED TECHNOLOGIES |7050 HIGH GROVE BLVD|BURR RIDGE, IL 60527-7595| |||
HOME & BUSINESS SECURITY |P. O. BOX 2136|CALUMET CITY, IL 60409-8136| |||
HOME DEPOT DEPT. |HOME DEPOT CREDIT SERVICES|PO BOX 6029|THE LAKES, NV 88901-6029| ||
ICE MOUNTAIN |P. O. BOX 52214|PHOENIX, AZ 85072-2214| |||
IL DEPARTMENT OF REVENUE |RETAILERS' OCCUPATION TAX|SPRINGFIELD, IL 62796-0001| |||
IL DEPT OF EMPLOYMENT SECURITY |P.O. BOX 3637|SPRINGFIELD, IL 62708-3637| |||
IMAX BANCARD NETWORK |25322 RTE CYN  RD #102|VALENCIA, CA 91355-0961| |||
INDIANA PALLET CO., INC. |P. O. BOX 398|EAST CHICAGO, IN 46312-0398| |||
|INKJET, INC. |P.O. BOX. 847501|DALLAS, TX 75284-7501| |||
INOLEX COMPANY |2101 S Swanson St.|PHILADELPHIA, PA 19148-3497| |||
INTERNAL REVENUE SERVICE|CENTRALIZED INSOLVENCY OPERATIONS|PO BOX 7346|PHILADELPHIA PA 19101-7346|||preferred
INTERNATIONAL SOURCING, INC. |121 PLEASANT AVENUE|UPPER SADDLE RIVER, NJ 07458-2303| |||
IRS District Director |200 W. Adams St.|Suite 2300|Chicago, IL 60606-5231| ||
ISP TECHNOLOGIES  INC. |88076 EXPEDITE WAY|CHICAGO, IL 60695-0001| |||
Insurance Support Systems |333 N. Michigan Ave. Suite 901|CHICAGO, IL 60601-3735| |||
KALITRONE PETTIBONE |1241 ELLIS STREET|BENESENVILLE, IL 60106-1118| |||
KRAFT CHEMICALS |1975 NO. HAWTHORNE AVE.|MELROSE PARK, IL 60160-1160| |||
LAB SAFETY SUPPLY |P. O. BOX 5004|JANESVILLE, WI 53547-5004| |||
LEASE FINANCE GROUP |P.O. BOX 7861|NEW YORK, NY 10116-7861| |||
LIFT TRUCK CORP OF AMERICA |1240 W. RANDOLPH ST.|CHICAGO, IL 60607-1604| |||
LIPO CHEMICALS, INC. |P.O. BOX 822048|PHILADELPHIA, PA 19182-2048| |||
M F CACHET COMPANY |P.O. BOX 71235|CLEVELAND, OH 44191-0435| |||
MARQUETTE NATIONAL BANK |6316 W. WESTERN|CHICAGO, IL 60636| |||
MASTERMAN'S |11 C STREET|PO BOX 411|AUBURN, MA 01501-0411| ||
MAYBROOK, INC. |P.O. BOX  192|151 Veteran Drive|Northvale, NJ 07647-2301| ||
MCINTYRE GROUP LTD. |RHODIA GROUP COMPANY|P. O. BOX 512682|PHILADELPHIA, PA 19175-2682| ||
MCKERNAN PACKAGING |PO BOX 7284|RENO, NV 89510-7284| |||
MCMASTER-CARR SUPPLY |P.O. BOX 7690|CHICAGO, IL 60680-7690| |||
MOTION INDUSTRIES, INC. |1361 S. JEFFERSON ST.|CHICAGO, IL 60607-5035| |||

N. E. W. PLASTICS |POB 480|Luxemburg, WI 54217-0480| |||
NORTHAMERICAN BANCARD |969 CHICAGO ROAD|TROY, MI 48083-4227| |||
NORTHEREN SAFETY, CO |P.O. BOX 4250|UTICA, NY 13504-4250| |||
OFFICE DEPOT |P. O. BOX 630813|CINCINNATI, OH 45263-0813| |||
OLCOTT PLASTICS |P. O. BOX 6042|ST. CHARLES, IL 60174-6042| |||
ORCHIDIA |1525 BROOK DRIVE|DOWNERS GROVE, IL 60515-1024| |||
PARGREEN |Sales Enginer|1224  Capitol Dr.|Addison, IL 60101-3117| ||
PDC CHEMICALS & SPECIALITIES |506 WEST TAFT DRIVE|SOUTH HOLLAND, IL 60473-2029| |||
PINEY BOWES CREDIT CORP. |P. O. BOX 856460|LOUISVILLE, KY 40285-6460| |||
PITNEY BOWES POSTAGE BY PHONE |PO BOX 856042|LOUISVILLE, KY 40285-6042| |||
PRICE TECH GROUP |24229 SOUTH TRYON STREET|CHANNAHON, IL 60410-9326| |||
PROG PREMIER INS CO IL |P. O. BOX 7247-0112|PHILADELPHIA, PA 19170-0112| |||
People's Gas |130 E. Randolph|Chicago, IL 60601-6302| |||
Pitney Bowes Inc |4901 Belfort Rd, Ste 120|Jacksonville, FL 32256-6016| |||
QUICK DELIVERY SERVICE, INC. |632 PRATT AVENUE NORTH|SCHAUMBURG, IL 60193-4557| |||
QUILL CORP |P.O. BOX 37600|Philadelphia, PA 19101-0600| |||
QUIMEX, INC. |14702 S. HAMLIN|MIDLOTHIAN, IL 60445-3427| |||
R&L Carriers |P. O. BOX 713153|COLUMBUS, OH 43271-3153| |||
R&L Carriers Inc |600 Gilliam Road|Wilmington, OH 45177-9089| |||
RACHEL, NANCY |7216 SO EAST END, APT 2|CHICAGO, IL 60649-2805| |||
RIEKE PACKAGING SYSTEMS |DEPT. #218001|P. O. BOX 67000|DETROIT, MI 48267-2180| ||
RITA CORPORATION |850 SO. ROUTE 31|CRYSTAL LAKE, IL 60014-8226| |||
RUSH CARTAGE |P. O. BOX 854|FRANKLIN PARK, IL 60131-0854| |||
Rieke Packaging Systems |500 W 7th Street|Auburn, IN 46706-2006| |||
Roadway Express |POB 93151|Chicago, IL 60673-3151| |||
SAFECO INSURANCE |P. O. BOX 6486|CAROL STREAM, IL 60197-6486| |||
SCHOENBERG  CONSULTING INC |31 HORSESHOE LANE|LEMONT, IL 60439-9110| |||
09-34377|SCREENWORKS SUPPLY CORP. |P. O. BOX 509|TECHNEY, IL 60082-0509| |||
09-34377|SPRINT NEXTEL CORRESPONDENCE|ATTN BANKRUPTCY DEPT|PO BOX 7949|OVERLAND PARK KS 66207-0949|||preferred
09-34377|STEWART, SHIRLEY |2604 Lake Shore Dr|Lynwood, IL 60411-6317| |||
STRAHL & PITSCH |P. O. BOX 1098|WEST BABYLON, NY 11704-0098| |||
SUMMIT LABS |17010 S. HALSTED STREET|HARVEY, IL 60426-6129| |||
SUPERFOS PACKAGING |ALLEGANY COUNTY INDUST. PARK|11301 SUPERFOS DRIVE S.E.|CUMBERLAND, MD 21502-8772| ||
Stephen & Josie Luster |90 Denell Ct.|Crete, IL 60417-1009| |||
Stitt, Klein LLC |2550 West Golf Road, Ste. 250|Rolling Meadows, IL 60008-4014| |||
TELEGRATION, INC. |P. O. BOX 3010|BIRMINGHAM, MI 48012-3010| |||
THE FANNING CORPORATION |NW 5238|P. O. BOX 1450|MINNEAPOLIS, MN 55485-1450| ||
THE SUPERFOS GROUP |ALLEGANY COUNTY INDUST. PARK|11301 SUPERFOS DRIVE S.E.|CUMBERLAND, MD 21502-8772| ||

TIME PAYMENT CORP|16 NEW ENGLAND EXECUTIVE PARK|STE 200|BURLINGTON MA 01803-5222|||
TLC INGREDIENTS |16901 ADVANTAGE AVE.|CREST HILL, IL 60403-1600| |||
TRI-K P.O. |BOX 128|NORTHVALE, NJ 07647-0128| |||
U. S. LIFT & WAREHOUSE EQUIP. |P.O. BOX 91976|ELK GROVE VILLAGE, IL 60009
ULINE |2200 S. LAKESIDE DRIVE|WAUKEGAN, IL 60085-8311| |||
UNITED PARCEL SERVICE |LOCKBOX 577|CAROL STREAM, IL 60132-0577| |||
United States Attorney |219 S. Dearborn St.|Suite 500|Chicago, IL 60604-2029| ||
Universal Premium Acceptance Corp |P. O. Box 212516|Kansas City, MO 64121-2516| |||
WERTHEIMER BOX |7950 W. JOLIET ROAD SUITE 100|MCCOOK, IL 60525-3206| |||
WILKENS ANDERSON CO. |4525 WEST DIVISION|CHICAGO, IL 60651-1674| |||
ZWEIFEL TV HARDWARE, INC. |345 WEST 25TH PLACE|CHICAGO, IL 60616-2293| |||


**/s/Jonathan D. Golding**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Clintex Laboratories Inc., | ) | Case No. 09-34377 |
| Debtor | ) | |
| | ) | Judge: Eugene R. Wedoff |

**FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANT FOR THE DEBTOR**

NOW COMES Ragland & Associates LLC, ("R&A") accountants for the Debtor, by and through The Golding Law Offices, P.C. and make Application for compensation for fees for services rendered and costs incurred for the period commencing prior to the filing, but for the sole purpose of creating the filing, through June 30, 2013. In support thereof, R&A respectfully states as follows:

## I.    INTRODUCTION

1. R&A presents this Application pursuant to §§330 and 331 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and Bankruptcy Rule 2016 for professional services rendered by it to the Debtor and its estate. This is the first fee petition filed by Debtor's accountant is neither an amendment nor supplement to any previous fee application.

2. This case was commenced by a filing for relief pursuant to Chapter 11 of the Bankruptcy Code on September 16, 2009.

3. An order authorizing the employment of R&A was entered on January 20, 20010 covering services from the case commencement. The engagement letter and order is attached hereto as Exhibit A.

7

## II. REQUEST FOR ALLOWANCE OF COMPENSATION

4. All of the professional services for which allowance of compensation is requested were performed by R&A on behalf of the Debtor and its estate. The Application covers the allowance of compensation for professional services commencing form the time the Debtor's officers and directors determined that it was in the best interest of the Debtor and its estate to commence a chapter 11 proceeding. During the period covered by this Application, R&A rendered a total of 819.25 hours of professional services in furtherance thereof. The time expended by the accountants as covered in the Retention Motion is as follows:

| Name of Professional | Type of Professional | Hours billed |
| --- | --- | --- |
| Lawrence Ragland | accountant | 230 |
| Lyle Morris | accountant | 532.25 |
| Greg Arnold | accountant | 22 |
| Staff | | 35 |
| Conferences | | 54 |

A complete accounting of the foregoing time is provided in Exhibit B.

5. R&A believes that the requested fee of $91,038.00 for the 819.25 hours worked is reasonable considering the twelve factors set forth and enumerated in <u>Johnson v. Georgia highway Express, Inc.</u>, 488 F.2nd 714 (5th Cir 1974) and made applicable to bankruptcy proceedings by <u>In re First Colonial Corp .of America</u>, 544 F.2wnd 1291 (5th Cir. 1977).

## III. .REQUEST FOR REIMBURSEMENT OF EXPENSES

6. The actual expenses advanced by R&A on behalf of the Debtor total $0.00.

8

## IV. RETAINER RECEIVED AND COMPENSATION PREVIOUSLY PAID OR AWARDED

7. This is the first Application for compensation filed by the applicants herein. The applicant received a retainer of $9,000.00.

### V. BILLING RATES OF APPLICANTS

8. Accountants for the Debtor have been Lawrence Ragland and Lyle Morris and Lawrence Ragland is the primary or supervising accountant for the Debtor. The standard rates charged by R&A in similar matters which do not carry any special degree of complication or considering the size, economic value and responsibility, difficulty or complexity are as follows:

| Name of Professional | Type of Professional | Rate |
|---|---|---|
| Lawrence Ragland | accountant | $250.00 |
| Lyle Morris | accountant | $130.00 |
| Greg Arnold | accountant | $180.00 |
| Staff | | $80.00 |
| Discount rate for conferences | | $50.00 |

9. The value of the professional services rendered in this case based upon the rates set forth above is $128,773.00.

10. The rates charged by applicant are similar to or lower than rates charged by accountants of similar skills, reputation and experience. The fees charged herein are similar to or lesser that those charged by R&A to its private clients not in bankruptcy.

11. The rates charged by the Applicants herein are similar to or lesser than, but well within the range of accountants possessing similar skills, reputation and experience.

## VI.    SUMMARY OF SERVICES

12.    During the time period covered by this application, the nature of the services performed which were necessary, proper and for the benefit of Debtor's estate, are summarized as follows:

a.    R&A assisted Debtor's counsel in the preparation of the Debtor's bankruptcy schedules, statement of affairs and other related documents at the commencement of the case after thoroughly conferring with the Debtor's principals.

b.    R&A continually worked with Debtor's counsel as they negotiated to reorganize the Debtor's secured debt with Amcore Bank (of which Harris Bank became the owner of the notes, mortgages and security interests after the failure of Amcore Bank) throughout the case, dealing with many contentious issues between the parties.  As a part of this process, R&A performed substantial work in analyzing and reconciling charges by Amcore and payments by the Debtor thereupon in support of the objection to Amcore's claim, the only objection to claim filed.

c.    R&A provided support to Debtor's counsel as a part of the negotiations surrounding the Use of Cash Collateral, which was contentious and became the cornerstone issue in the case delaying the filing and confirmation of a Plan by the Debtor.

d.    As matters turned, even the Plan and its content became the subject of controversy between Harris and the Debtor post confirmation, but ultimately the parties agreed to the intended provisions and meaning of the Plan after much continuing litigation before the Court.

      e.      R&A consulted with the Debtor regarding its internal operations and met with and often consulted with the Debtor's principals with regard to its cash management and general business operations and replacement financing.

      f.      R&A worked often and diligently with the Debtor and its counsel regarding its complex monthly operating reports and its other financial reporting as part of the process of obtaining replacement financing.

      g.      R&A consulted with the Debtor in preparation of its year end reports and tax filings.

13.    The above list is not intended to be a complete and exhaustive recitation of the services rendered but is intended only as a general summary.

### VII.   CASE PROJECT SUMMARY

14.    R&A has recorded the time it has expended in 3 separate matters based as best it can be (noting that on occasion lines are blurred and an activity may encompass a crossover of several matters) on the type of services rendered. They are: (1) General Accounting; (2) United States Trustee Reports; (3) and Amcore/Harris Issues. The number of hours spent on each is set forth below and the details can be found in Exhibit B. Certain dates on Exhibit B correspond to invoice dates and not dates of services.

15.    The breakdown is as follows:

| Accountant | General Accounting | Amcore/Harris Issues | UST Reports | Total |
|---|---|---|---|---|
| **Lawrence Ragland** | 82 | | 148 | 230 |
| **Lyle Morris** | 265 | 63.25 | 204 | 532.25 |
| **Greg Arnold** | 22 | | | 22 |
| **Staff** | | | 35 | 35 |
| **Total** | 369 | 63.25 | 387 | 819.25 |

16. The services rendered above were always delivered in a professional and skillful manner. R&A was engaged every aspect of attempting to create a sustainable path reorganizing this family owned business so as to pay the governmental claims and preserve the jobs of its many employees.

17. In an effort to facilitate the successful reorganization of the Debtor, R&A has discounted its billing by nearly 30%, a total of $37,735.00, thereby reducing its bill from $128,773.00 to $91,038.00.

18. R&A believes that the compensation requested is commensurate with similar cases containing similar complexity and should be measured accordingly and is in equivalent or lesser than services rendered in this or similar bankruptcy cases in this community.

**WHEREFOR,** R&A prays for the allowance of payment in the sum of $91,038.00 fees for professional services provided and for such other relief as the Court deems just and appropriate.

                                                Respectfully submitted,

                                                /s/Richard N. Golding
                                                One of the attorneys for the
                                                Reorganized Debtor

Richard N. Golding, Esq. (0992100)
Jonathan D. Golding, Esq. (6299876)
The Golding Law Offices, P.C.
500 N Dearborn Street, 2nd FL
Chicago, IL 60654
Tel: (312) 832-7885
Fax: (312) 755-5720
Email: rgolding@goldinglaw.net