U. S. TRUSTEE QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: Clintex Laboratories, Inc   CASE NO.: 09-34377

FOR CALENDAR QUARTER ENDING 8/21, 20 13

DISBURSEMENTS*

1. 

| MONTH | DISBURSEMENTS |
|---|---|
| JULY | $126,383.46 |
| AUGUST | $164,328.60 |
|  | $ |

TOTAL DISBURSEMENTS FOR QUARTER   $290,712.06

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. § 1930(A)(6)   $1,950.00

3. QUARTERLY FEE PAID (Attach proof of payment)   $ —

4. AMOUNT OF UNPAID FEES (IF ANY)   $1,950.00

I, Josie R. Luster, acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 09/13/2013   *Josie R. Luster, VP*
For the Debtor In Possession (Trustee) (Plan administrator)

(Print or type name and capacity of person signing this Declaration).   JOSIE R. LUSTER
VICE PRESIDENT

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

EXHIBIT "D"